JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael C. Keo, | CV 20-1197 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| United Asian Investments, Inc., | |
| Defendants. | |

Pursuant to the Court's May 26, 2020 Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 26, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE